No. 558, Misc. DEC *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 559, Misc. McDONALD *v.* IOWA. Supreme Court of Iowa. Certiorari denied.

No. 561, Misc. MARTIN *v.* WARDEN, MARYLAND PENITENTIARY. Court of Appeals of Maryland. Certiorari denied.

No. 563, Misc. IN RE JOHNSON. C. A. 8th Cir. Certiorari denied.

No. 564, Misc. BUTCHER *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 565, Misc. JACKSON *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 566, Misc. MILLER *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 571, Misc. RAY *v.* HEINZE, WARDEN. Supreme Court of California. Certiorari denied.

No. 572, Misc. GARLOCK *v.* UNITED STATES. Court of Claims. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Orrick* and *John G. Laughlin, Jr.* for the United States.

No. 573, Misc. SNEBOLD *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 575, Misc. ADMIRE *v.* GLADDEN, WARDEN. Supreme Court of Oregon. Certiorari denied.